# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH P. HEINTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WOLFORD, MARY HENDERSON, TIMOTHY BRUER, SAMUEL ARMACOST, TERENCE MARTIN, JOE MORGAN, DAVID WILLIAMS, VICTOR LUND, SHARON MCCOLLAM, DEL MONTE FOODS COMPANY, BLUE ACQUISITION GROUP, INC., and BLUE MERGER SUB INC.,<br><br>Defendants. | Case No.: CV 10 5789<br><br>**ORDER ADJOURNING**<br>**CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Claudia Wilken**<br>**Courtroom 2**<br><br>Old CMC Date:   April 5, 2011<br><br>**New CMC Date:  May 24, 2011**<br>             **Time:  2:00**<br>       **Courtroom:  2** |

Upon considering Plaintiff's request for an adjournment of the Case Management Conference scheduled for April 5, 2011, IT IS HEREBY ORDERED, this **5th** day of April, 2011, that:

The Case Management Conference, previously scheduled for April 5, 2011, is hereby adjourned until **May 24,** 2011, at **2:00 p.m.**

SO ORDERED.

_____
Hon. Claudia Wilken

Order Proposed by:

**LEVI & KORSINSKY, LLP**
David E. Bower, Esq. SBN 119546
600 Corporate Pointe, Suite 1170
Culver City, CA 90230-7600

**LEVI & KORSINSKY, LLP**
30 Broad Street, 15th Floor
New York, New York 10004

- 1 -

PROPOSED ORDER RE: CMC DATE