IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH P HEINTZ,  No. C 10-05789 CW

    Plaintiff,  CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

  v.

RICHRD WOLFORD,

    Defendant.
_____/

    Notice is hereby given that the case management conference, previously set for Tuesday, May 24, 2011, is continued to Thursday, June 2, 2011, at 2:00 p.m., to be heard along with the Motion to Appoint Lead Plaintiff, and the Motion to Consolidate Cases, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 5/19/2011   _____

                                        Deputy Clerk

**United States District Court**
For the Northern District of California