Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

*Attorneys for Plaintiff Dallas Faulkner*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEL MONTE FOODS COMPANY SHAREHOLDER LITIGATION | Case No.: 4:10-cv-5789-CW<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. 4:10-cv-5789-CW

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Dallas Faulkner and Sarah P. Heintz, the only plaintiffs in the consolidated action, voluntarily dismiss without prejudice the above-entitled action against Defendants Richard G. Wolford, Mary R. Henderson, Timothy G. Bruer, Samuel H. Armacost, Terence D. Martin, Joe L. Morgan, David R. Williams, Victor L. Lund, Sharon L. McCollam, Blue Merger Sub Inc., Blue Acquisition Group, Inc., and Del Monte Foods Company, (collectively "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: June 3, 2011          Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By:  _____/s/_____
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile:  415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Joshua M. Lifshitz
BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile:  (212) 213-9405
counsel@nyclasslaw.com

*Attorneys for Plaintiff Dallas Faulkner*



IT IS SO ORDERED
Judge Claudia Wilken

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. 4:10-cv-5789-CW

1
2                                   LEVI & KORSINSKY LLP
3
4                                   By: ____/s/_____
                                    David E. Bower
5                                   600 Corporate Pointe, Suite 1170
                                    Culver City, CA   90230-7600
                                    Tel: 310/839-0442
6                                   Fax: (310) 558-3005

7                                   LEVI & KORSINSKY, LLP
                                    Joseph Levi
8                                   30 Broad Street, 15th Floor
                                    New York, NY  10004
9                                   Tel: 212/363-7500
                                    Fax: 212/363-7171
10
                                    *Attorneys for Plaintiff Sarah P. Heintz*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              3
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. 4:10-cv-5789-CW

## ATTESTATION

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that David E. Bower and Joseph Levi have concurred in its filing and that their concurrence in the filing of this document, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

Dated: June 3, 2011

                                                    /s/ Linda M. Fong
                                                    Linda M. Fong

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. 4:10-cv-5789-CW

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Elecronic Mail Notice List. I further certify that I caused to be mailed by First Class U.S. mail the foregoing document on the recipient listed on the Manual Notice List attached hereto.

/s/Linda M. Fong

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. 4:10-cv-5789-CW